UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONZA HATCHER,

   Plaintiff,

v.                                              CASE NO.: 8:13-cv-2096-T-23TGW

MATRIX MEDICAL NETWORK,

   Defendant.
_____/

## **ORDER**

On September 3, 2013, United States Magistrate Judge Thomas G. Wilson issued a report (Doc. 5) that recommends dismissing the complaint (Doc. 1) and deferring consideration of the amended application (Doc. 4) to proceed in forma pauperis. More than seventeen days has passed, and neither the plaintiff nor the defendant objects. The report and recommendation (Doc. 5) is **ADOPTED**. The plaintiff's complaint (Doc. 1) is **DISMISSED**. The plaintiff's motion to proceed in forma pauperis is **DEFERRED** pending the filing of an amended complaint. The plaintiff has thirty days, or twenty-one days after service, whichever is longer, to file an amended complaint that complies with the Federal Rules of Civil Procedure. The

plaintiff's motion (Doc. 8) for an extension of time to file an amended complaint is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on October 1, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE